JOHN B. SINGLETARY, *Plaintiff in Error*, v. J. C. WALDEN
AND M. H. WYATT, COPARTNERS, DOING BUSINESS UNDER
STYLE AND FIRM NAME OF WALDEN & WYATT, *Defend-
ants in Error.*

Division B.

Decision Filed January 5, 1925.

A Writ of Error to the Circuit Court for Manatee
County; W. T Harrison, Judge.

*O. K. Reaves* for Plaintiff in Error;

*Dewey A. Dye,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the order herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said order; it is, therefore, consid-
ered, ordered and adjudged by the Court that the said
order of the Circuit Court be, and the same is hereby, af-
firmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.